IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STEVE M. MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV803 |
| | ) | |
| NOVARTIS PHARMACEUTICALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court following an Order of the Court entered on March 17, 2008, which denied Defendant's Motion to Dismiss and, in conjunction therewith, directed Plaintiff to file an Amended Complaint within thirty (30) days of the date of the Order. The Court's Order further provided that if Plaintiff failed to file an Amended Complaint, this action would be dismissed without prejudice. Plaintiff has failed to file an Amended Complaint within the time provided, and has not requested an extension of time or otherwise been in communication with the Court or the Clerk's Office since the entry of the Court's Order on March 17, 2008. Therefore, pursuant to the Court's Order, this action will be dismissed without prejudice.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE.

A Judgment consistent with this Order will be entered contemporaneously herewith.

This, the 30th day of July, 2008.

_____
United States District Judge